636

425 A.2d 15

Prock, Appellant v. Hale et al.

Argued December 4, 1978. Elwood S. Levy, for appellant; R. Hart Beaver, for appellees.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

425 A.2d 15

Professional Office Bldgs. Inc. v. Cott et al., Appellants.

Argued June 25, 1979. William J. Brennan, for appellants; Ronald H. Israelit, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.